IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. **CACE22017905**   DIVISION: **08**   JUDGE: **Haimes, David A. (08)**

**Bobbi L. Gunn**

Plaintiff(s) / Petitioner(s)

v.

**Milan Asous**

Defendant(s) / Respondent(s)

_____/

**ORDER GRANTING LEAVE TO AMEND COMPLAINT**

**THIS CAUSE** came before the Court for hearing on August 20, 2024, on the Plaintiff's Motion to Amend the Complaint, and the Court having heard argument from counsel, considered the pleadings and being otherwise fully advised in the premises, it is hereupon;

**ORDERED AND ADJUDGED** that said Motion be, and the same is hereby GRANTED. Plaintiff's Amended Complaint is deemed filed on August 20, 2024. Defendant shall have 20 days to respond to the Amended Complaint.

**DONE AND ORDERED** in Chambers at Broward County, Florida on <u>26th day of August, 2024</u>.

<u>CACE22017905 08-26-2024 3:32 PM</u>
Hon. David A Haimes
**CIRCUIT COURT JUDGE**
Electronically Signed by David A Haimes

**Copies Furnished To:**
Anne Reilly Flanigan , E-mail : aflanigan@wsh-law.com
Anne Reilly Flanigan , E-mail : pgrotto@wsh-law.com
David Alan Frankel , E-mail : paralegal@bluelotuslaw.com
David Alan Frankel , E-mail : eservice@bluelotuslaw.com

Case Number: CACE22017905

David Alan Frankel , E-mail : david@bluelotuslaw.com
John W. Salmon , E-mail : service2@sd-adr.com
Joseph R. Natiello , E-mail : mboschini@wsh-law.com
Joseph R. Natiello , E-mail : jnatiello@wsh-law.com
Matthew H Mandel , E-mail : lbrewley@wsh-law.com
Matthew H Mandel , E-mail : mmandel@wsh-law.com